# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE DISCIPLINARY MATTER OF<br>RENAY GRACE RODRIGUEZ<br><br>CALIFORNIA STATE BAR NO. 196657 | Case No. AD 25-00003-DMG<br><br>ORDER TO SHOW CAUSE |

    This Court has received notice that the attorney named above has been suspended from the practice of law by the United States Bankruptcy Court for the Central District of California. Accordingly, the attorney named above is HEREBY ORDERED TO SHOW CAUSE, in writing, within 30 days of the date of this order, why she should not be suspended from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

    If the attorney does not contest the imposition of a suspension from this Court or does not respond to this order to show cause within the time specified, the Court shall issue an order of suspension. A response to this order to show cause must make the showing required in Local Rule 83-3.2. In addition, at the time a response is filed, the attorney must produce a certified copy of the entire record from the other jurisdiction or

bear the burden of persuading the Court that less than the entire record will suffice. *See* Local Rule 83-3.2.3.

As an alternative to suspension, the Court may accept an attorney's resignation from the Bar of this Court if the attorney files a written response requesting to resign from the Bar of this Court and setting forth the attorney's status for the practice of law in all other jurisdictions where the attorney was or is admitted. If the attorney named above wishes to resign from the Bar of this Court as an alternative to suspension, she shall file a brief setting forth the requirements of Local Rule 83-3.2.2 within 30 days of the date of this order.

A response to this order to show cause and any related documentation may be filed electronically, in accordance with the Court's local rules, or manually, at the Edward R. Roybal Federal Building, 255 East Temple Street, Room 180, Los Angeles, California, 90012, Attn: Civil Intake. All documents filed must include the case number in the caption.

Unless stated otherwise by order of the Court, an attorney who has been suspended from the Bar of this Court because of a suspension from the Bar of another court will be reinstated to the Bar of this Court upon proof of reinstatement as an active member in good standing in such other Bar. Local Rule 83-3.2.4.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

DATED: September 30, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE